958

No. 77–1524.  MILLER v. AMERICAN TELEPHONE & TELE-GRAPH CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 77–1529.  INGRAM ET AL. v. CHAMPLIN PETROLEUM CO. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 77–1558.  CRAMER v. METROPOLITAN FEDERAL SAVINGS & LOAN ASSN.  Sup. Ct. Mich.  Certiorari denied.

No. 77–1591.  MICHIGAN v. BORMAN, JUDGE (ALEXANDER, REAL PARTY IN INTEREST).  Ct. App. Mich.  Certiorari denied.

No. 77–1619.  LAPUMA v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–1626.  HIGGINS ET AL. v. UNITED STATES; and
No. 77–6747.  SWAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–1627.  McCOY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 77–6177.  MORALES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–6204.  PARTEE v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 77–6347.  CEPHUS v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 77–6372.  VALENZUELA (DELGADO) v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.